IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-02358-WYD-BNB

RAYMOND BONANNO;
ANTHONY BONANNO;
ROBERT PETER;
RAJAN DESAI;
NESHA DESAI a/k/a NISHA BHANSALI;
ELISA WHITEHALL;
DAJIT PARMAR;
MANJIT PARMAR;
IRVING BROTHMAN;
BINITA PATEL; and
HEMLATTA PATEL, individually and on behalf of others similarly situated,

    Plaintiffs,

v.

THE QUIZNOS MASTER LLC;
THE QUIZNOS CORPORATION;
THE QUIZNOS FRANCHISE COMPANY LLC;
S&S COMPANY;
QUIZNOS FRANCHISE REALTY COMPANY;
QUIZNOS FRANCHISE LICENSING COMPANY;
QFA ROYALTIES LLC;
PETER ARGOW;
JAMES COZINE;
MICHAEL GORDON;
KEVIN BEDNOWSKI; and
ROBERT TOBIAS,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendants' Motion to Dismiss Plaintiffs' Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) [#34], filed December 22, 2006, is **STRICKEN** with leave to refile in compliance with this Court's Practice Standards.  The exhibits need not be resubmitted.

Dated:  January 2, 2007