IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-02358-WYD-BNB

RAYMOND BONANNO;
ANTHONY BONANNO;
ROBERT PETER;
RAJAN DESAI;
NESHA DESAI a/k/a NISHA BHANSALI;
ELISA WHITEHALL;
DAJIT PARMAR;
MANJIT PARMAR;
IRVING BROTHMAN;
BINITA PATEL; and
HEMLATTA PATEL, individually and on behalf of others similarly situated,

     Plaintiffs,

v.

THE QUIZNOS MASTER LLC;
THE QUIZNOS CORPORATION;
THE QUIZNOS FRANCHISE COMPANY LLC;
S&S COMPANY;
QUIZNOS FRANCHISE REALTY COMPANY;
QUIZNOS FRANCHISE LICENSING COMPANY;
QFA ROYALTIES LLC;
PETER ARGOW;
JAMES COZINE;
MICHAEL GORDON;
KEVIN BEDNOWSKI; and
ROBERT TOBIAS,

     Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

     THIS MATTER comes before the Court on Plaintiffs' Notice of Voluntary Dismissal Without Prejudice [# 48], filed January 24, 2007.  After careful review of the

file, the Court has concluded that the notice should be approved and that Plaintiffs' claims against Defendant Robert Tobias should be **DISMISSED WITHOUT PREJUDICE**.  Accordingly, it is

ORDERED that the Notice of Voluntary Dismissal Without Prejudice [# 48], filed January 24, 2007, is **APPROVED**; and that Plaintiffs' claims against Defendant Robert Tobias are **DISMISSED WITHOUT PREJUDICE**, each party to pay its own attorney's fees and costs.

Dated:  January 24, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge