IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-02358-WYD-BNB

RAYMOND BONANNO;
ANTHONY BONANNO;
ROBERT PETER;
RAJAN DESAI;
NESHA DESAI a/k/a NISHA BHANSALI;
ELISA WHITEHALL;
DAJIT PARMAR;
MANJIT PARMAR;
IRVING BROTHMAN;
BINITA PATEL; and
HEMLATTA PATEL, individually and on behalf of others similarly situated,

    Plaintiffs,

v.

THE QUIZNOS MASTER LLC;
THE QUIZNOS CORPORATION;
THE QUIZNOS FRANCHISE COMPANY LLC;
S&S COMPANY;
QUIZNOS FRANCHISE REALTY COMPANY;
QUIZNOS FRANCHISE LICENSING COMPANY;
QFA ROYALTIES LLC;
PETER ARGOW;
JAMES COZINE;
MICHAEL GORDON;
KEVIN BEDNOWSKI; and
ROBERT TOBIAS,

    Defendants.

**ORDER**

THIS MATTER comes before the Court on Plaintiffs' Motion for Approval of the Form of Notice to be Sent to the Putative Class and for an Order Compelling Defendant to Provide a List of all Current and Terminated Franchisees in the State of New Jersey and to Pay for the Mailing and Reproduction Costs [# 58], filed March 2, 2007. On March 14, 2007, the Court held a hearing on this motion, and the parties presented argument. Upon hearing the parties' arguments, I found that additional information needed to be filed before I can decide the pending motion. Therefore, I ordered the parties to submit supplemental information to the Court. Accordingly, it is

ORDERED that the Plaintiffs shall file supplemental briefing as directed by the Court on or before March 23, 2007. It is

FURTHER ORDERED that the Defendants shall respond on or before March 30, 2007. It is

FURTHER ORDERED that Defendants are prohibited from substantively responding to communications by franchisees who received Quiznos' letter dated February 15, 2007. It is

FURTHER ORDERED that Defendants shall prepare an appropriate non-substantive response to their franchisees and confer with Plaintiffs' counsel before transmission.

Dated: March 14, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge