## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE WILEY Y. DANIEL

_____

Courtroom Deputy:   Robert R. Keech          Date:   March 14, 2007
E.C.R./Reporter:    Kara Spitler

_____

Civil Action No:  **06-cv-02358-WYD-BNB**          Counsel:

**RAYMOND BONANNO, et al.**,                       Justin M. Klein
                                                   Gregory R. Stross
           Plaintiffs,

v.

**THE QUIZNOS MASTER, LLC, et al.**,               William F. Jones

           Defendants.

_____

## COURTROOM MINUTES
_____

**HEARING ON PENDING MOTIONS**

**3:07 p.m.**      Court in Session

                   APPEARANCES OF COUNSEL.

                   Court's opening remarks.

                   Discussion regarding possibly resetting the settlement conference.

                   Plaintiffs' Motion to Approve Form of Notice to be Sent to Putative Class (#58 - 3/2/07) is raised for argument.

3:18 p.m.          Argument by Plaintiffs (Mr. Klein).

3:27 p.m.          Argument by Defendants (Mr. Jones).

3:27 p.m.          Argument by Plaintiffs (Mr. Klein).

Judge Wiley Y. Daniel
06-cv-02358-WYD-BNB - Courtroom Minutes

| | |
|---|---|
| 3:40 p.m. | Argument by Defendants (Mr. Jones). |
| 3:50 p.m. | Argument by Plaintiffs (Mr. Klein). |
| **ORDERED:** | Plaintiffs' Motion to Approve Form of Notice to be Sent to Putative Class (#58 - 3/2/07) is **DEFERRED.** |
| **ORDERED:** | Defendants shall not file a substantive response until the motion has been ruled upon. |
| **ORDERED:** | Plaintiffs shall file supplemental briefing not later than **Friday, March 23, 2007.** |
| **ORDERED:** | Defendants shall file supplemental briefing not later than **Friday, March 30, 2007.** |
| **ORDERED:** | Counsel shall go to Magistrate Judge Boyd N. Boland's chambers to see about resetting the settlement conference. |
| **3:59 p.m.** | Court in Recess - HEARING CONCLUDED |

**TOTAL TIME:  0:52**