IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-02358-WYD-BNB

RAYMOND BONANNO;
ANTHONY BONANNO;
ROBERT PETER;
RAJAN DESAI;
NESHA DESAI a/k/a NISHA BHANSALI;
ELISA WHITEHALL;
DAJIT PARMAR;
MANJIT PARMAR;
IRVING BROTHMAN;
BINITA PATEL; and
HEMLATTA PATEL, individually and on behalf of others similarly situated,

    Plaintiffs,

v.

THE QUIZNOS MASTER LLC;
THE QUIZNOS CORPORATION;
THE QUIZNOS FRANCHISE COMPANY LLC;
S&S COMPANY;
QUIZNOS FRANCHISE REALTY COMPANY;
QUIZNOS FRANCHISE LICENSING COMPANY;
QFA ROYALTIES LLC;
PETER ARGOW;
JAMES COZINE;
MICHAEL GORDON;
KEVIN BEDNOWSKI; and
ROBERT TOBIAS,

    Defendants.

**ORDER**

THIS MATTER comes before the Court on both Defendants' Unopposed Motion to Partially Modify the Court's April 10, 2007 Order [# 73] and the Stipulation of All

Parties and Consent Order to Partial Modification of the Court's April 10, 2007 Order [# 74], filed April 27, 2007.  In their motion, the Defendants request that the Court partially modify the Court's April 10, 2007 Order by deleting the final directive which reads:

> It is FURTHER ORDERED that the Defendants shall provide advance notice to Plaintiffs' counsel of any further communications between the Defendants and potential class members.

(Order at 8.)  Defendants further request that the Court add the following language in its place:

> It is FURTHER ORDERED that Quizno's provide the notice attached to this stipulation as Exhibit A to any New Jersey franchisee from whom Quizno's requests a release while this action is pending.

(Stipulation.)  Exhibit A reads as follows:

> There is presently pending in the U.S. District Court for the District of Colorado a lawsuit by several New Jersey franchisees against Quiznos that seeks class action status. The lawsuit is captioned Raymond Bonanno, et al. v. Quizno's Master LLC, et al., Case No. 06-cv-02358-WYD-BNB.  Signing the enclosed document which contains a release may prevent you from later joining the action if the class is certified.  You may wish to consult with an attorney before signing this document.

(Ex. A.)

After reviewing the file and pleadings in this matter, I find that Defendants' unopposed motion should be granted and the stipulation approved.  However, I note that Plaintiffs filed a letter [# 75] on April 30, 2007, indicating that while the Plaintiffs do not oppose the requested relief, Plaintiffs do not "endorse the argument advanced by Defendants in its Motion." (Letter at 1.)  Accordingly, I find that this relief should be

granted and the stipulation approved only because both parties are in agreement, not because I find that Defendants' argument has merit. Therefore, it is

ORDERED that Defendants' Unopposed Motion to Partially Modify the Court's April 10, 2007 Order [# 73] is **GRANTED**. It is

FURTHER ORDERED that the Stipulation of All Parties and Consent Order to Partial Modification of the Court's April 10, 2007 Order [# 74] is **APPROVED**. It is

FURTHER ORDERED that the last sentence of the Court's April 10, 2007 Order is modified to read "It is FURTHER ORDERED that Quizno's provide the notice attached to this stipulation as Exhibit A to any New Jersey franchisee from whom Quizno's requests a release while this action is pending."

Dated: April 30, 2007

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge