IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-02358-WYD-BNB

RAYMOND BONANNO;
ANTHONY BONANNO;
ROBERT PETER;
RAJAN DESAI;
NESHA DESAI a/k/a NISHA BHANSALI;
ELISA WHITEHALL;
DAJIT PARMAR;
MANJIT PARMAR;
IRVING BROTHMAN;
BINITA PATEL; and
HEMLATTA PATEL, individually and on behalf of others similarly situated,

    Plaintiffs,

v.

THE QUIZNOS MASTER LLC;
THE QUIZNOS CORPORATION;
THE QUIZNOS FRANCHISE COMPANY LLC;
S&S COMPANY;
QUIZNOS FRANCHISE REALTY COMPANY;
QUIZNOS FRANCHISE LICENSING COMPANY;
QFA ROYALTIES LLC;
PETER ARGOW;
JAMES COZINE;
MICHAEL GORDON;
KEVIN BEDNOWSKI; and
ROBERT TOBIAS,

    Defendants.

**ORDER ON DEFENDANTS' UNOPPOSED MOTION TO ADOPT
PARTIES' BRIEFING AND DISCOVERY STIPULATIONS RELATED TO
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

THIS MATTER comes before me on Defendants The Quiznos Master LLC, The

Quiznos Corporation, The Quiznos Franchise Company LLC, S&S Company, Quiznos Franchise Realty Company, Quiznos Franchise Licensing Company, QFA Royalties LLC, Peter Argow, James Cozine, Michael Gordon, and Kevin Bednowski's (collectively "Defendants") Motion to Adopt Parties' Briefing and Discovery Stipulations Related to Plaintiffs' Motion for Class Certification [# 81], filed June 14, 2007.  Accordingly, it is

ORDERED that Defendants' Motion to Adopt Parties' Briefing and Discovery Stipulations Related to Plaintiffs' Motion for Class Certification [# 81], is **GRANTED**.  It is

FURTHER ORDERED that Defendants' response to the Plaintiffs' motion for class certification will be due on or before August 15, 2007.  It is

FURTHER ORDERED that the named Plaintiffs will each make themselves available for depositions prior to August 15, 2007, limited to the subjects relevant to class certification, and Defendants will be permitted to later fully depose such Plaintiffs, if class certification is granted.

Dated:  June 15, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge