IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02358-WYD-BNB

RAYMOND BONANNO,
ANTHONY BONANNO,
ROBERT PETER,
ROJAN DESAI,
NISHA DESAI a/k/a NISHA BHANSALI,
ELISA WHITEHALL,
DALJIT PARMAR,
MANJIT PARMAR,
IRVING BROTHMAN,
BINITA PATEL, and
HEMLATTA PATEL, individually and on behalf of others similarly situated,

Plaintiffs,

v.

THE QUIZNOS MASTER, LLC,
THE QUISNOS CORPORATION,
THE QUIZNOS FRANCHISE COMPANY, LLC,
S&S COMPANY,
QUIZNOS FRANCHISE REALTY COMPANY,
QUIZNOS FRANCHISE LICENSING COMPANY,
QFA ROYALTIES, LLC,
PETER ARGOW,
JAMES COZINE,
MICHAEL GORDON, and
KEVIN BEDNOWSKI,

Defendants.

_____

**ORDER**
_____

This matter is before me on **Plaintiffs' Unopposed Motion to Vacate the Court's Scheduling Order of June 15, 2007 and for Leave to Amend the Complaint** [Doc. # 83, filed 6/29/2007] (the "Motion"). The Motion is DENIED without prejudice.

The Scheduling Order [Doc. # 46, filed 1/23/2007] established March 16, 2007, as the deadline to join parties and amend pleadings. Before the plaintiffs will be allowed to amend their complaint, they must show good cause to amend the scheduling order to extend the deadline for seeking amendment. Colorado Visionary Academy v. Medtronic, Inc., 194 F.R.D. 684, 687-88 (D. Colo. 2000). The Motion does not address this requirement.

I will consider allowing amendment only where the motion to amend attaches a copy of the proposed amended complaint and explains the changes sought. The Motion does not meet these requirements.

I do not expect to vacate the case schedule wholesale. Although amendment of the complaint may require some extensions of some existing deadlines, the parties should address specifically any extensions they believe are necessary when they seek amendment of the schedule.

The plaintiff may file a modified motion to amend the complaint and motion to amend the case schedule consistent with this order.

IT IS ORDERED that the Motion is DENIED without prejudice.

Dated July 2, 2007.

                                              BY THE COURT:

                                               s/ Boyd N. Boland
                                              United States Magistrate Judge