IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02358-WYD-BNB

RAYMOND BONANNO,
ANTHONY BONANNO,
ROBERT PETER,
ROJAN DESAI,
NISHA DESAI a/k/a NISHA BHANSALI,
ELISA WHITEHALL,
DALJIT PARMAR,
MANJIT PARMAR,
IRVING BROTHMAN,
BINITA PATEL, and
HEMLATTA PATEL, individually and on behalf of others similarly situated,

Plaintiffs,

v.

THE QUIZNOS MASTER, LLC,
THE QUISNOS CORPORATION,
THE QUIZNOS FRANCHISE COMPANY, LLC,
S&S COMPANY,
QUIZNOS FRANCHISE REALTY COMPANY,
QUIZNOS FRANCHISE LICENSING COMPANY,
QFA ROYALTIES, LLC,
PETER ARGOW,
JAMES COZINE,
MICHAEL GORDON, and
KEVIN BEDNOWSKI,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Amend the Court's Scheduling Order of January 23, 2007** [docket no. 86, filed July 19, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

| | |
|---|---|
| Deadline to amend complaint or add new parties: | **August 1, 2007**; |
| Deadline for responsive pleading to amended Complaint: | **August 21, 2007**; |
| Deadline for written discovery: | **October 31, 2007**; |
| Deadline for expert reports: | **October 31, 2007**; |
| Deadline to file Motion for Class Certification: | **November 30, 2007**; |
| Deadline for expert rebuttal reports: | **December 31, 2007**; |
| Deadline to complete all fact discovery: | **January 31, 2008**; |
| Deadline for dispositive motions: | **February 28, 2008**. |

IT IS FURTHER ORDERED that the Pretrial Conference set for February 5, 2008, is **vacated and reset to May 2, 2008, at 8:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **April 25, 2008**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.


DATED:  July 23, 2007