IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-02358-WYD-BNB

RAYMOND BONANNO;
ANTHONY BONANNO;
ROBERT PETER;
RAJAN DESAI;
NESHA DESAI a/k/a NISHA BHANSALI;
ELISA WHITEHALL;
DAJIT PARMAR;
MANJIT PARMAR;
IRVING BROTHMAN;
BINITA PATEL; and
HEMLATTA PATEL, individually and on behalf of others similarly situated,

    Plaintiffs,

v.

THE QUIZNOS MASTER LLC;
THE QUIZNOS CORPORATION;
THE QUIZNOS FRANCHISE COMPANY LLC;
S&S COMPANY;
QUIZNOS FRANCHISE REALTY COMPANY;
QUIZNOS FRANCHISE LICENSING COMPANY;
QFA ROYALTIES LLC;
PETER ARGOW;
JAMES COZINE;
MICHAEL GORDON;
KEVIN BEDNOWSKI; and
ROBERT TOBIAS,

    Defendants.

## ORDER

THIS MATTER is before the Court on a review of the file.  On August 1, 2007, the Plaintiffs filed an Amended Complaint (docket #89).  In light of the filing of the

Amended Complaint, Defendants' Motion to Dismiss Plaintiffs' Complaint Pursuant to Fed. R. Civ. P. 12(b)(6), filed January 8, 2007 (docket #41) should be denied as moot. Accordingly, it is hereby

ORDERED that Defendants' Motion to Dismiss Plaintiffs' Complaint Pursuant to Fed. R. Civ. P. 12(b)(6), filed January 8, 2007 (docket #41) is **DENIED AS MOOT**.

Dated:  August 2, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge