IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-02358-WYD-BNB

RAYMOND BONANNO,
ANTHONY BONANNO,
ROBERT PETER,
RAJAN DESAI,
NISHA DESAI a/k/a NISHA BHANSALI,
ELISA WHITEHALL,
DALJIT PARMAR,
MANJIT PARMAT,
RICHARD VARRATO,
MEGAN MAKKI,
BARTON KLATT,
JOANNE KJOLSEN,
KRISTI LEWIS,
ALI NAQVI,
ANDRZEJ SLIWOWSKI,
MUKAND MALHI and
PREETINDER MALHI,

                Plaintiffs,

    vs.

THE QUIZNO'S FRANCHISE COMPANY LLC,
QUIZNO'S FRANCHISING LLC,
QUIZNO'S FRANCHISING II LLC,
QFA ROYALTIES LLC,
TQSC LLC,
RICHARD E. SCHADEN,
RICHARD F. SCHADEN,

                Defendants.

**ORDER RE: MOTION FOR FURTHER PARTIAL MODIFICATION
OF COURT'S MODIFIED APRIL 10, 2007 ORDER**

THE COURT having reviewed Defendants The Quizno's Franchising II LLC and QFA Royalties LLC Motion for Further Partial Modification of Court's Modified April 10, 2007 Order [# 93], the file in this matter and being fully advised in the premises does hereby MODIFY its April 10, 2007 Order to provide:

a. that Quiznos will give notice of the pendency of this action, in the form previously approved by the Court, to any "SNO" franchisee from whom a release is sought, except

b. that Quiznos need not give such notice of the pendency of this action to a franchisee to whom it is required to give notice of the pendency of another action and to whom it gives such notice of the other action.

Dated: August 16, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge