IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02358-WYD-KLM

RAYMOND BONANNO,
ANTHONY BONANNO,
ROBERT PETER,
RAJAN DESAI,
NISHA DESAI,
ELISA WHITEHALL,
DAJIT PARMAR,
MANJIT PARMAR,
IRVING BROTHMAN,
JOANNE KJOLSEN,
KRISTI LEWIS,
MEGAN MAKKI,
MUKAND MALHI,
PREETINDER MALHI,
ALI NAQBI,
ANDRZEJ SLIWOWSKI,
RICHARD VARRADO, and
BARTON CLATT

    Plaintiff(s),

v.

THE QUIZNOS FRANCHISE COMPANY, LLC,
QUIZNOS FRANCHISING, LLC,
QUIZNO'S FRANCHISING II, LLC,
QFA ROYALTIES, LLC,
RICHARD E. SCHADEN,
RICHARD F. SCHADEN, and
TQCS LLO

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

This matter is before the Court on Plaintiffs' **Unopposed Motion to Amend the Court's Amended Scheduling Order of July 23, 2007** [Docket No. 123; filed October 17, 2007] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED** and the Scheduling Order is amended as follows:

1. The deadline for written discovery will be **December 31, 2007.**

2. The deadline for expert reports will be **December 31, 2007**.

3. The deadline to file a motion for class certification will be **January 31, 2008.**

4. The deadline for expert rebuttal reports will be **February 29, 2008.**

5. The deadline to complete all fact discovery will be **March 31, 2008.**

6. The deadline to file dispositive motions will be **April 30, 2008.**

Dated:  November 2, 2007