IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02358-WYD-KLM

RAYMOND BONANNO,
ANTHONY BONANNO,
ROBERT PETER,
RAJAN DESAI,
NISHA DESAI,
ELISA WHITEHALL,
DAJIT PARMAR,
MANJIT PARMAR,
IRVING BROTHMAN,
JOANNE KJOLSEN,
KRISTI LEWIS.
MEGAN MAKKI,
MUKAND MALHI,
PREETINDER MALHI,
ALI NAQBI,
ANDRZEJ SLIWOWSKI,
RICHARD VARRADO,
BARTON CLATT

    Plaintiff(s),

v.

THE QUIZNOS FRANCHISE COMPANY, LLC,
QUIZNOS FRANCHISING, LLC,
QUIZNO'S FRANCHISING II, LLC,
QFA ROYALTIES, LLC.,
RICHARD E. SCHADEN,
RICHARD F. SCHADEN,
TQCS LLO

    Defendant(s).
_____

**MINUTE ORDER**
_____
**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on **Plaintiffs' Unopposed Motion to Amend Scheduling Order of November 2, 2007** [Docket No. 129; filed December 10, 2007] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Accordingly, the Scheduling Order will be amended as follows:

The deadline for expert reports will be **May 15, 2008**.

The deadline for fact discovery will be **June 15, 2008**.

The deadline for expert rebuttal reports will be **June 30, 2008**.

The deadline for dispositive motions will be **July 15, 2008**.

IT IS FURTHER **ORDERED** that the Final Pre-trial Conference currently set for February 5, 2008 is **VACATED** and **RESET** for **August 15, 2008** at **8:30 a.m.** in Courtroom A 501, 5th floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

Dated:  December 11, 2007