IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02358-WYD-KLM

RAYMOND BONANNO,
ANTHONY BONANNO,
ROBERT PETER,
RAJAN DESAI,
NISHA DESAI,
ELISA WHITEHALL,
DAJIT PARMAR,
MANJIT PARMAR,
IRVING BROTHMAN,
JOANNE KJOLSEN,
KRISTI LEWIS.
MEGAN MAKKI,
MUKAND MALHI,
PREETINDER MALHI,
ALI NAQBI,
ANDRZEJ SLIWOWSKI,
RICHARD VARRADO,
BARTON CLATT,

    Plaintiff(s),

v.

THE QUIZNOS FRANCHISE COMPANY, LLC,
QUIZNOS FRANCHISING, LLC,
QUIZNO'S FRANCHISING II, LLC,
QFA ROYALTIES, LLC.,
RICHARD E. SCHADEN,
RICHARD F. SCHADEN,
TQCS LLO,

    Defendant(s).
_____

**MINUTE ORDER**
_____
**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiffs' **Motion for *In Camera* Inspection** [Docket No. 175; filed March 6, 2008] (the "Motion").

As Defendants have indicated that they do not oppose this request [Docket No. 182; filed March 21, 2008], IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. For the purposes of an *in camera* inspection, Defendants shall mail the six documents at issue to Magistrate Judge Kristen L. Mix, Courtroom A 501, 901 19th Street, Denver, Colorado 80294 within **ten (10) days** of the date of this Order. The envelope shall be marked "Confidential Per Magistrate Judge's Order."

Dated: March 24, 2008