IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02358-WYD-KLM

RAYMOND BONANNO,
ANTHONY BONANNO,
ROBERT PETER,
RAJAN DESAI,
NISHA DESAI,
ELISA WHITEHALL,
DAJIT PARMAR,
MANJIT PARMAR,
IRVING BROTHMAN,
JOANNE KJOLSEN,
KRISTI LEWIS.
MEGAN MAKKI,
MUKAND MALHI,
PREETINDER MALHI,
ALI NAQBI,
ANDRZEJ SLIWOWSKI,
RICHARD VARRADO,
BARTON CLATT,

    Plaintiff(s),

v.

THE QUIZNOS FRANCHISE COMPANY, LLC,
QUIZNOS FRANCHISING, LLC,
QUIZNO'S FRANCHISING II, LLC,
QFA ROYALTIES, LLC.,
RICHARD E. SCHADEN,
RICHARD F. SCHADEN,
TQCS LLO,

    Defendant(s).

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendant's **Unopposed Motion for Entry of Proposed Supplemental Stipulation and Protective Order** [Docket No. 186; filed March 25, 2008] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED.**

IT IS FURTHER **ORDERED** that the Protective Order is **ACCEPTED** for filing and is entered as an Order of this Court as of the date of this Minute Order.

Dated: March 26, 2008