IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-02358-WYD-KLM

RAYMOND BONANNO, et al.,

Plaintiffs,

vs.

THE QUIZNO'S FRANCHISE COMPANY LLC, et al.

Defendants.

## SUPPLEMENTAL STIPULATION AND PROTECTIVE ORDER

Pursuant to this Court's Minute Order of March 18, 2008 in response to objections that arose during the deposition of Richard E. Schaden, the Parties stipulate and this Court Orders that the Protective Order entered in this case on February 5, 2008 is supplemented to include the following language, in bold below, such that the definition of "Confidential Information" is broadened to include private personal information that is discovered during the litigation, including family information, health information, financial information and information of an identifying nature relating to any individual party. Paragraph 2 of the Protective Order entered in this case should now read as follows:

> 2. **Confidential Information.** Any confidential or proprietary information, including, without limitation, (a) documents or other tangible things produced by a Third Party pursuant to subpoena; (b) documents or other tangible things produced by a Party; (c) interrogatory answers; (d) witness testimony; (e) responses to requests for admissions; or (f) any other documents or information relating to what a Party or Third Party believes in good faith to contain confidential or proprietary information shall be deemed and treated as confidential and shall be utilized only for the proper prosecution or defense of the Litigation in accordance with this Order. Such confidential or proprietary information or

documents includes without limitation: a Party's or Third-Party's confidential systems, processes, finances, pricing, business strategies, business plans, internal training materials, marketing plans, or other protected information or material regarding business operations and plans related to matters **and private personal information that is discovered during the litigation, including family information, health information, financial information and information of an identifying nature relating to any individual party** (collectively "Confidential Information"). Any Party or Third Party invoking the protection of this Order shall mark or otherwise identify all such Confidential Information as "CONFIDENTIAL" prior to production or disclosure in this Litigation.

Approved:

| | |
|---|---|
| s/ Joseph S. Goode | s/ Leonard H. MacPhee |
| Joseph S. Goode | Leonard H. MacPhee |
| Kravit, Hovel & Krawczyk S.C. | Perkins Coie, LLP |
| 825 North Jefferson | 1899 Wynkoop Street, Suite 700 |
| Milwaukee, WI 53202-3737 | Denver, CO 80202 |
| 414-271-7100 | 303.291.2300 |
| 414-271-8135 - Facsimile | 303.291.2400 – Facsimile |
| goode@kravitlaw.com | lmacphee@perkinscoie.com |
| | |
| Justin M. Klein | Fredric A. Cohen |
| David S. Paris | Andrew P. Bleiman |
| Marks & Klein, LLP | CHENG COHEN LLC |
| 63 Riverside Avenue | 1101 West Fulton Market, Suite 200 |
| Red Bank, NJ 07701 | Chicago, IL 60601 |
| 732-747-7100 | 312-243-1717 |
| 732-219-0625 – Facsimile | 312-277-3961 – Facsimile |
| justin@marksklein.com | fredric.cohen@chengcohen.com |
| david@marksklein.com | andrew.bleiman@chengcohen.com |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

ENTERED:

Dated: 3/25/08

_____

**KRISTEN L. MIX
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO**

## CERTIFICATION – EXHIBIT A

I hereby certify that I have read the attached Stipulation and Protective Order in *Bonanno, et al., v. The Quizno's Franchise Company LLC, et al.*, Case No. 06-cv-02358-WYD-KLM, entered by the Court on February 5, 2008, as supplemented on March ___, 2008 (the "Order"). With respect to all Confidential Information designated "CONFIDENTIAL" pursuant to the Order, I agree that I will not reveal such information to, or discuss such information with, any person who is not entitled to receive the information in accordance with the Order. I will use such information only for the purposes of facilitating the prosecution or defense of the Litigation and not for any other purpose. I will otherwise keep all Confidential Information designated "CONFIDENTIAL" by a Party or Third Party in accordance with this Order. I agree that the District Court for the District of Colorado, has jurisdiction to enforce the terms of the Order, and I consent to jurisdiction of that Court over my person for that purpose. I will otherwise be bound by the strictures of the Order and hereby invoke all rights thereunder.

Dated: _____

_____
[Print Name]

_____
[Company]

_____
[Street Address]

_____
[City, State, Zip Code]

_____
[Phone]