IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02358-WYD-KLM

RAYMOND BONANNO,
ANTHONY BONANNO,
ROBERT PETER,
RAJAN DESAI,
NISHA DESAI,
ELISA WHITEHALL,
DAJIT PARMAR,
MANJIT PARMAR,
IRVING BROTHMAN,
JOANNE KJOLSEN,
KRISTI LEWIS.
MEGAN MAKKI,
MUKAND MALHI,
PREETINDER MALHI,
ALI NAQBI,
ANDRZEJ SLIWOWSKI,
RICHARD VARRADO,
BARTON CLATT,

    Plaintiff(s),

v.

THE QUIZNO'S FRANCHISE COMPANY, LLC,
QUIZNO'S FRANCHISING, LLC,
QUIZNO'S FRANCHISING II, LLC,
QFA ROYALTIES, LLC.,
RICHARD E. SCHADEN,
RICHARD F. SCHADEN,
TQCS LLC,

    Defendant(s).
_____

**MINUTE ORDER**
_____
**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the Parties' **Joint Motion to Amend the Scheduling Order** [Docket No. 193; filed April 21, 2008] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Accordingly, the Scheduling Order will be amended as follows:

The deadline to file an Answer shall be **August 19, 2008**.

The deadline to file a Response to the Motion for Class-Certification shall be **September 12, 2008**.

The deadline to disclose expert witnesses shall be **September 12, 2008**.

The fact discovery deadline shall be **October 13, 2008**.

The deadline to disclose rebuttal expert witnesses shall be **October 28, 2008**.

The dispositive motion deadline shall be **November 12, 2008**.

IT IS FURTHER **ORDERED** that the Final Pretrial Conference currently set for August 15, 2008 is **VACATED** and **RESET** for **January 15, 2009 at 1:00 p.m.** in Courtroom A 501, 5th floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

Dated: April 22, 2008