IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-02358-WYD-KLM

RAYMOND BONANNO, et al.

       Plaintiffs,

vs.

THE QUIZNO'S FRANCHISE COMPANY LLC, et al.

       Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      On April 21, 2008, the parties filed a Joint Motion to Amend the Scheduling Order. On April 22, 2008, Magistrate Judge Mix granted the motion. The deadline for responding to Plaintiffs' Motion to Certify the Class was extended until September 12, 2008 due to extensive discovery. In light of the amended Scheduling Order (particularly with respect to Plaintiffs' Motion to Certify the Class), I find that Plaintiff's Motion to Certify the Class (docket #140) is **DENIED WITHOUT PREJUDICE** with leave to refile after discovery is complete.

      Dated: April 28, 2008