IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02358-WYD-KLM

RAYMOND BONANNO,
ANTHONY BONANNO,
ROBERT PETER,
RAJAN DESAI,
NISHA DESAI,
ELISA WHITEHALL,
DAJIT PARMAR,
MANJIT PARMAR,
IRVING BROTHMAN,
JOANNE KJOLSEN,
KRISTI LEWIS.
MEGAN MAKKI,
MUKAND MALHI,
PREETINDER MALHI,
ALI NAQBI,
ANDRZEJ SLIWOWSKI,
RICHARD VARRADO,
BARTON CLATT,

    Plaintiff(s),

v.

THE QUIZNO'S FRANCHISE COMPANY, LLC,
QUIZNO'S FRANCHISING, LLC,
QUIZNO'S FRANCHISING II, LLC,
QFA ROYALTIES, LLC.,
RICHARD E. SCHADEN,
RICHARD F. SCHADEN,
TQCS LLC,

    Defendant(s).
_____

## MINUTE ORDER
_____
**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Amend Scheduling**

**Order** [Docket No. 202; Filed September 5, 2008] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Order is amended as follows:

The deadline to file an Answer is **September 30, 2008**.

The deadline to file a Motion for Class Certification is **September 30, 2008**.

The deadline to file a Response to the Motion for Class Certification is **November 30, 2008**.

The deadline to disclose expert witnesses is **December 12, 2008**.

The deadline to file a Reply to the Motion for Class Certification is **January 12, 2009**.

The deadline to disclose rebuttal expert witnesses is **January 31, 2009**

The fact discovery deadline is **January 31, 2009**.

The dispositive motion deadline is **February 28, 2009**.

IT IS FURTHER **ORDERED** that the Final Pretrial Conference currently set for January 15, 2009 is **RESET** for **May 14, 2009 at 1:30 p.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. The proposed final pretrial order shall be filed five days in advance of the final pretrial conference.

Dated: September 5, 2008