IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-02358-WYD-KLM

RAYMOND BONANNO, et al.

      Plaintiffs,

vs.

THE QUIZNO'S FRANCHISE COMPANY LLC, et al.

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      Plaintiffs' Unopposed Motion Seeking Leave to File Oversized Brief (docket #210), filed September 29, 2008, is **GRANTED.** Accordingly, Plaintiffs' brief in support of their motion for class certification shall not exceed (50) fifty pages.

      Dated: September 29, 2008