IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-02358-WYD-KLM

RAYMOND BONANNO, et al.

       Plaintiffs,

vs.

THE QUIZNO'S FRANCHISE COMPANY LLC, et al.

       Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiffs' Unopposed Motion Seeking Leave to File Under Seal Designated Confidential Information, filed October 1, 2008 (docket #237) is GRANTED. Plaintiffs' Brief in Support of Motion of Class Certification; Declaration of Bert Rosenbloom, Ph.D; Declaration of Raymond Bonanno are filed under seal.

    Dated: October 6, 2008