IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 06-cv-02358-CMA-KLM

RAYMOND BONANNO,
ANTHONY BONANNO,
ROBERT PETER,
RAJAN DESAI,
NISHA DESAI,
ELISA WHITEHALL,
DAJIT PARMAR,
MANJIT PARMAR,
IRVING BROTHMAN,
JOANNE KJOLSEN,
KRISTI LEWIS.
MEGAN MAKKI,
MUKAND MALHI,
PREETINDER MALHI,
ALI NAQBI,
ANDRZEJ SLIWOWSKI,
RICHARD VARRADO, and
BARTON CLATT,

    Plaintiffs,

v.

THE QUIZNO'S FRANCHISE COMPANY, LLC,
QUIZNO'S FRANCHISING, LLC,
QUIZNO'S FRANCHISING II, LLC,
QFA ROYALTIES, LLC.,
RICHARD E. SCHADEN,
RICHARD F. SCHADEN, and
TQCS LLC,

    Defendants.

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

It is ORDERED that a telephonic Status Conference is set for **Friday, February 6, 2009 at 9:30 a.m.** Lead counsel, and any other interested counsel, for both parties are DIRECTED to call Chambers (303-335-2174) via conference call on one line at the appropriate time to participate in this status conference. The Court anticipates that it will rule on Plaintiffs' Unopposed Motion for Evidentiary Hearing on Class Certification (Doc. # 282) at this time. Thus, counsel should expect to discuss the issues they will need to address during any hearing on Plaintiffs' Motion for Class Certification. Counsel are further instructed to agree upon and submit available dates during which the Court may hold a three-day hearing on the Motion for Class Certification.

DATED: January  23 , 2009

BY THE COURT:

_Christine M Arguello_
_____
CHRISTINE M. ARGUELLO
United States District Judge