IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02358-CMA-KLM

RAYMOND BONANNO,
ANTHONY BONANNO,
ROBERT PETER,
RAJAN DESAI,
NISHA DESAI,
ELISA WHITEHALL,
DAJIT PARMAR,
MANJIT PARMAR,
IRVING BROTHMAN,
JOANNE KJOLSEN,
KRISTI LEWIS.
MEGAN MAKKI,
MUKAND MALHI,
PREETINDER MALHI,
ALI NAQBI,
ANDRZEJ SLIWOWSKI,
RICHARD VARRADO,
BARTON CLATT,

    Plaintiff(s),

v.

THE QUIZNO'S FRANCHISE COMPANY, LLC,
QUIZNO'S FRANCHISING, LLC,
QUIZNO'S FRANCHISING II, LLC,
QFA ROYALTIES, LLC.,
RICHARD E. SCHADEN,
RICHARD F. SCHADEN,
TQCS LLC,

    Defendant(s).
_____

**MINUTE ORDER**
_____
**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Unopposed Motion to Amend**

**Scheduling Order Regarding Dispositive Motions and to Set Briefing Schedule** [Docket No. 306; Filed February 27, 2009] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The dispositive motion deadline is extended to **March 9, 2009**.

IT IS FURTHER **ORDERED** that the following briefing schedule is set for purposes of Defendants' Motion for Summary Judgment:

Defendants' Motion(s) for Summary Judgment shall be filed on or before **March 9, 2009**.

Plaintiffs' Response shall be filed on or before **April 17, 2009**.

Defendants' Reply shall be filed on or before **May 18, 2009**.

Dated: March 2, 2009