**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE CHRISTINE M. ARGUELLO**

Courtroom Deputy: Valeri P. Barnes      Date: March 2, 2009
Court Reporter: Darlene Martinez

---

Civil Action No. 06-cv-02358-CMA-KLM

| *Parties:* | *Counsel:* |
|---|---|
| RAYMOND BONANNO, | Mike Plachy |
| ANTHONY BONANNO, | Mark Leitner |
| ROBERT PETER, | Justin Klein |
| RAJAN DESAI, | Joe Goode |
| NISHA DESAI, | |
| ELISA WHITEHALL, | |
| DAJIT PARMAR, | |
| MANJIT PARMAR, | |
| IRVING BROTHMAN, | |
| JOANNE KJOLSEN, | |
| KRISTI LEWIS. | |
| MEGAN MAKKI, | |
| MUKAND MALHI, | |
| PREETINDER MALHI, | |
| ALI NAQBI, | |
| ANDRZEJ SLIWOWSKI, | |
| RICHARD VARRADO, and | |
| BARTON CLATT, | |

    Plaintiffs,

v.

| | |
|---|---|
| THE QUIZNO'S FRANCHISE COMPANY, LLC, | Fredric Cohen |
| QUIZNO'S FRANCHISING, LLC, | Len MacPhee |
| QUIZNO'S FRANCHISING II, LLC, | |
| QFA ROYALTIES, LLC., | |
| RICHARD E. SCHADEN, | |
| RICHARD F. SCHADEN, and | |
| TQCS LLC, | |

    Defendants.

### COURTROOM MINUTES

HEARING: Oral Argument

**10:56 a.m.**     **Court in session**.

Also present: Defendant client representative Amy Powers.

Argument on class action waiver.

Matter taken under advisement.

**ORDER:**     Plaintiffs' Motion to Strike Defendants' Untimely Supplemental Filing **(302)** is **denied**.

**11:57a.m.**     **Court in recess/hearing concluded**.

Total in-court time: 1:01