IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02358-CMA-KLM

RAYMOND BONANNO,
ANTHONY BONANNO,
ROBERT PETER,
RAJAN DESAI,
NISHA DESAI,
ELISA WHITEHALL,
DAJIT PARMAR,
MANJIT PARMAR,
IRVING BROTHMAN,
JOANNE KJOLSEN,
KRISTI LEWIS.
MEGAN MAKKI,
MUKAND MALHI,
PREETINDER MALHI,
ALI NAQBI,
ANDRZEJ SLIWOWSKI,
RICHARD VARRADO,
BARTON CLATT,

        Plaintiff(s),

v.

THE QUIZNO'S FRANCHISE COMPANY, LLC,
QUIZNO'S FRANCHISING, LLC,
QUIZNO'S FRANCHISING II, LLC,
QFA ROYALTIES, LLC.,
RICHARD E. SCHADEN,
RICHARD F. SCHADEN,
TQCS LLC,

        Defendant(s).
_____

**MINUTE ORDER**
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

        This matter is before the Court on **Plaintiffs' Unopposed Motion to Amend**

**Scheduling Order of March 2, 2009** [Docket No. 320; Filed March 31, 2009] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS HEREBY FURTHER **ORDERED** that the following briefing schedule is set for purposes of Defendants' Motion for Summary Judgment:

Plaintiffs' Response shall be filed on or before **May 22, 2009**.

Defendants' Reply shall be filed on or before **July 22, 2009**.

IT IS HEREBY FURTHER **ORDERED** that the Final Pretrial Conference set for May 14, 2009 at 1:30 p.m. is **vacated** and **RESET** for **July 30, 2009 at 10:00 a.m.**

Dated:  April 10, 2009