**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 06-cv-02358-CMA-KLM

RAYMOND BONANNO,
ANTHONY BONANNO,
ROBERT PETER,
RAJAN DESAI,
NISHA DESAI,
ELISA WHITEHALL,
DAJIT PARMAR,
MANJIT PARMAR,
IRVING BROTHMAN,
JOANNE KJOLSEN,
KRISTI LEWIS.
MEGAN MAKKI,
MUKAND MALHI,
PREETINDER MALHI,
ALI NAQBI,
ANDRZEJ SLIWOWSKI,
RICHARD VARRADO, and
BARTON CLATT,

    Plaintiffs,

v.

THE QUIZNO'S FRANCHISE COMPANY, LLC,
QUIZNO'S FRANCHISING, LLC,
QUIZNO'S FRANCHISING II, LLC,
QFA ROYALTIES, LLC.,
RICHARD E. SCHADEN,
RICHARD F. SCHADEN, and
TQCS LLC,

    Defendants.

**ORDER TO ADMINISTRATIVELY CLOSE CASE**

THIS MATTER is before the Court on the parties' Joint Motion for Continuation of Stay and to Extend the Deadline to File a Stipulation of Dismissal (Doc. # 343). Having reviewed the motion for stay and the case file, the Court hereby

ORDERS that, in lieu of the parties' request to stay, this case shall be ADMINISTRATIVELY CLOSED. It is

FURTHER ORDERED that the parties shall have ten days from the date in which the proceeding in the United States District Court for the Northern District of Illinois is completed within which to submit papers necessary to have this matter dismissed with prejudice.

DATED: September  30 , 2009.

BY THE COURT:

*Christine M Arguello*

CHRISTINE M. ARGUELLO
United States District Judge

2